The relief described hereinbelow is SO ORDERED.

SIGNED this 17th day of August, 2016.



_____
Robert D. Berger
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

IN RE:     JENNIFER NICOLE HOWELL          Case No. 16-20785
           aka Jennifer Nicole Irish        Chapter 7

### ORDER GRANTING RELIEF FROM STAY
### FOR GNB MORTGAGE COMPANY

COMES NOW, GNB Mortgage Company, its successors and assigns, by its counsel, Linda Tarpley, and shows to the Court:

1. That its Motion for Relief from Stay was filed June 29, 2016; copies of the Motion were mailed to the Trustee and to Counsel for the Debtor at that time, with Notice of Objection Deadline.

2. Pursuant to said notice said parties were given until August 10, 2016, to file a written objection to said Motion.

United States Bankruptcy Court
District of Kansas, Kansas City Division
Bankruptcy No. 16-20785
In Re: Jennifer Nicole Howell
(Claimant) GNB Mortgage Company
ORDER GRANTING RELIEF FROM STAY

      3.      That no objection has been filed to GNB Mortgage Company's Motion for Relief from Stay.

The Court, having examined said Motion and noting that no objection has been filed, finds that said Motion should be sustained and that GNB Mortgage Company, its successors and assigns, should be granted relief from the automatic stay to proceed and complete foreclosure proceedings, and is further authorizes to pursue its remedies to recover possession of the property and to pursue any loss mitigation remedies, according to the terms of the mortgage, any applicable federal regulations and the state laws of Kansas, against the following described property, to wit:

> LOTS NUMBERED SIXTY-FIVE (65) AND SIXTY SIX (66) IN WINSTON-PARK ADDITION, A SUBDIVISION OF BLOCK TEN (10) HULL'S ADDITION TO THE CITY OF GIRARD, KANSAS, ACCORDING TO THE RECORDED PLAT THEREOF.
> Commonly known as 401 W. Wilson St., Girard, Kansas 66743

IT IS SO ORDERED.

                                      ####

United States Bankruptcy Court
District of Kansas, Kansas City Division
Bankruptcy No. 16-20785
In Re: Jennifer Nicole Howell
(Claimant) GNB Mortgage Company
ORDER GRANTING RELIEF FROM STAY

Approved by:


/s/ LINDA TARPLEY
LINDA TARPLEY, #22357
SHAPIRO & KREISMAN, LLC
Attorneys for Claimant
4220 Shawnee Mission Parkway - Suite 418B
Fairway, KS 66205
(913)831-3000
Fax No. (913)831-3320
ltarpley@logs.com
Attorney for GNB Mortgage Company
Our File No. 15-008662/jl



/S/ STEVEN R. REBEIN
STEVEN R. REBEIN
Trustee
Law Office of Steven R. Rebein, L.C.
8700 Monrovia, Suite 310
Lenexa, KS 66215
(913)888-4800